UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC., AMERICAN FOUR, INTERNATIONAL MEDIA, INC., DURALUBE CORPORATION, INC., and HERMAN S. HOWARD, | : : : : : : : : | Civil Action No. 3:03-CV-1017 (JCH) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARENT FOX KINTNER PLOTKIN & KAHN, PLLC and HUNTER CARTER, Esq., | : : : | OCTOBER 23, 2003 |
| Defendants. | : | |

## MOTION OF DEFENDANT ARENT FOX
## KINTNER PLOTKIN & KAHN, PLLC TO DISMISS

Pursuant to Fed. R. Civ. P. 12 (b) (1), Defendant Arent Fox Kintner Plotkin & Kahn, PLLC, hereby moves to dismiss the Amended Complaint in this action for lack of subject matter jurisdiction. The attention of the Court is respectfully invited to the Memorandum in Support of Motion to Dismiss that accompanies this Motion.

Respectfully submitted,

Of Counsel:

Rodney F. Page
D.C. Bar No. 37994
Bryan Cave LLP
700 13th Street, N.W.
Washington, D.C. 20005
(202) 508-6000 – Voice
(202) 508-6200 – Fax

_____
Michael G. Considine (ct 16023)
Terence J. Gallagher (ct 22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300 - Voice
(203) 977-7301 - Fax

Attorneys for Defendant, Arent Fox
Kintner Plotkin & Kahn PLLC

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATE

      This is to certify that a copy of the foregoing was sent via overnight mail, postage prepaid, this 23rd day of October, to:

Alexander H. Schwartz, Esq.
3695 Post Road, P.O. Box 701
Southport, Connecticut  06490

                                                      _____
                                                      Terence J. Gallagher