IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC., AMERICAN FOUR, INTERNATIONAL MEDIA, INC., DURALUBE CORPORATION, INC., and HERMAN S. HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>ARENT FOX KINTNER PLOTKIN & KAHN, PLLC and HUNTER CARTER, ESQ.,<br><br>Defendants. | Civil Action No. 3:03CV1017(JCH) |

### DECLARATION OF CONNIE A. RAFFA

CONNIE A. RAFFA, ESQ., hereby declares as follows:

1. I am an attorney at law and admitted to practice law before the courts of the State of New York. I make this declaration in support of defendant Arent Fox Kintner Plotkin & Kahn, PLLC's ("Arent Fox's") Motion to Dismiss for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

2. I am a member (or, colloquially, a "Partner") of the defendant law firm Arent Fox. I was an associate from May 1995 for three years, became a member of the firm in January 1999 and continue in that capacity.

3. Arent Fox is a professional limited liability company organized under the laws of the District of Columbia, with offices in the District of Columbia and New York.

4. I am a resident of the State of Connecticut.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

EXECUTED this 21st day of October, 2003.

_____
Connie A. Raffa