IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC., AMERICAN FOUR, INTERNATIONAL MEDIA, INC., DURALUBE CORPORATION, INC., and HERMAN S. HOWARD, <br><br> Plaintiffs, <br><br> v. <br><br> ARENT FOX KINTNER PLOTKIN & KAHN, PLLC and HUNTER CARTER, ESQ., <br><br> Defendants. | Civil Action No. 3:03CV1017(JCH) |

## DECLARATION OF WILLIAM J. McSHERRY, JR.

WILLIAM J. McSHERRY, JR., ESQ., hereby declares as follows:

1. I am an attorney at law and admitted to practice law before the courts of the State of New York. I make this declaration in support of defendant Arent Fox Kintner Plotkin & Kahn, PLLC's ("Arent Fox's") Motion to Dismiss for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

2. I am a member (or, colloquially, a "partner") of the defendant law firm Arent Fox, serve as the firm's partner in charge of its New York office, and as the firm's Litigation Department Chairperson. I have been a member of the firm since February, 2000.

3. Arent Fox is a professional limited liability company organized under the laws of the District of Columbia, with offices in the District of Columbia and New York.

4. The defendant Hunter Carter is a resident of the State of New York.

5. I am a resident of the State of New York.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

EXECUTED this 21st day of October, 2003.

_____
William J. McSherry, Jr.

2