UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC., AMERICAN FOUR, INTERNATIONAL MEDIA, INC., DURALUBE CORPORATION, INC., and HERMAN S. HOWARD, | : : : : : : : : | Civil Action No. 3:03-CV-1017 (JCH) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARENT FOX KINTNER PLOTKIN & KAHN, PLLC and HUNTER CARTER, Esq., | : : : | OCTOBER 23, 2003 |
| Defendants. | : | |

To:  Clerk of the Court
     United States District Court
     District of Connecticut
     915 Lafayette Blvd.
     Bridgeport, CT 06604

## **ENTRY OF APPEARANCE**

Please enter my appearance for defendant Arent Fox Kintner Plotkin & Kahn, PLLC in the above-captioned matter.

                                                                          _____
Terence J. Gallagher (ct 22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
tel. (203) 977-7300
fax. (203) 977-7301
E-mail: tjgallagher@dbh.com

## CERTIFICATE OF SERVICE

      THIS IS TO CERTIFY that a copy of the foregoing was sent via overnight courier, postage pre-paid, this 23rd day of October, 2003 to:

Alexander H. Schwartz, Esq.
3695 Post Road, P.O. Box 701
Southport, Connecticut  06490

                                      _____
                                            Terence J. Gallagher