AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint* was made by me(1) | DATE 10/3/03 at 5:15 pm |
|---|---|
| NAME OF SERVER (PRINT) Brandon Snesko | TITLE Private Process Server |

2003 OCT 27 A 9:03

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: US ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☒ Other (specify): **by serving Teneka Stedman, Mail Clerk, authorized to accept. Service was completed at 1050 Connecticut Avenue, NW, Washington, DC 20036-5339.**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **10/3/03**
          Date                     Signature of Server

CAPITOL PROCESS SERVICES
[address illegible]
Washington, DC  20005
(202) ___-____

Address of Server

* Order On Pretrial Deadlines, Standing Order Re: Disclosure Statement, Civil Cover Sheet, Complint and Amended Complaint

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.