UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
THE MEDIA GROUP, INC., ET AL.,                CASE NO. 3:03 CV 1017
                                              (JCH)
            Plaintiff(s),

  -against-
                                              **AFFIDAVIT OF SERVICE**

ARENT FOX KINTNER PLOTKIN & KHAN, PLLC
            Defendant(s).
------------------------------------------------------------------X
STATE OF NEW YORK    )
                    :
COUNTY OF NEW YORK  )

    RAMON RIVERA being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the 6th day of October, 2003, at approximately 12:20 p.m., deponent served a true copy of the **SUMMONS & COMPLAINT** upon ARENT, FOX, KINTNER, PLOTKIN, & KAHN, PLLC at 1675 Broadway, New York, New York 10019-5874 by personally delivering and leaving the same William J. Mc Sherry, Jr., who is authorized to accept service.

    William J. Mc Sherry Jr., is a white male, approximately 45-50 years of age, is approximately 6 feet 3 inches tall, weighs approximately 190 pounds, with short silver hair, blue eyes and was wearing glasses.

Sworn to before me this
7th day October, 2003                RAMON RIVERA #1144911

Michael Keating
Notary Public, State of New York
Reg. No. 01-KE-4001539
Qualified in Queens County
Certificate filed in New York County
Commission Expires February 3, 2006