AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup>* | 10/6/03  Time: 3:01 pm |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Brandon Snesko | Private Process Server |

FILED

2003 OCT 27  A 9: 03

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

X  Other (specify):  __By serving Quana Jew, Esquire, Partner, authorized to accept. Service was completed at 1050 Connecticut Avenue, NW, 6th Floor, Washington, DC 20036-5339.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/7/03
Date        Signature of Server

CAPITOL PROCESS SERVICES
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

Address of Server

* Amended Complaint, Order on Pretrial Deadline, Notice to Counsel and Pro Se Parties, Standing Order Re: Disclosure Statement, Civil Cover Sheet and Helpful Hints for Counsel

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.