UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE MEDIA GROUP, INC., NATIONAL
COMMUNICATIONS CORPORATION,
HOWE LABORATORIES, INC.,
AMERICAN DIRECT MARKETING, INC.
AMERICAN FOUR, INTERNATIONAL
MEDIA, INC., DURA LUBE CORPORATION,
INC., AND HERMAN S. HOWARD,

        Plaintiffs,

-against-

ARENT, FOX, KITNER, PLOTKIN & KAHN,
PLLC and HUNTER CARTER, ESQ.

        Defendant(s).

Civil Action No.
303CV1017 (JCH)

November 12, 2003

**MOTION TO ADMIT ALFRED LAUB PRO HAC VICE,
AS COUNSEL FOR PLAINTIFFS AND TO EXTEND
PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS'
MOTION TO DISMISS**

### First Application

Alexander H. Schwartz, Esq., a member in good standing of the bar of this Court, hereby moves on behalf of the plaintiffs and pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, that Attorney Alfred Laub be admitted as a visiting attorney on their behalf.

Mr. Laub, a partner at the LAW OFFICES OF BROPHY AND LAUB, has an office address at 3 Barker Avenue, 3rd floor, White Plains, New York, 10601. As is set forth in the affidavit attached hereto as Exhibit A, Mr. Laub is a member in good standing of the bar of the State of New York and is admitted to practice before all New York State Courts and the United States District Courts for the Northern, Southern and Eastern Districts of New York, as well as the Supreme Court of the United States.

Mr. Laub has not been denied admission nor disciplined by this or any other court.

The undersigned has agreed pursuant to Local Civil Rule 2(c)(1) that he may be specified on the record as a member of the bar of this Court having an office within the District upon whom service of all papers in proceedings in this matter may be made in addition to service on Brophy & Laub, if such prerequisite is deemed necessary.

## Second Application

With respect to plaintiffs' request for an extension of time to answer the motion, the firm of Day, Berry & Howard, as defense counsel, has been contacted and the request for such an extension has been made. Based upon conversations with Terence Gallagher, Esq.,(ct 22415) consent has been given to granting this extension until December 5, 2003

The undersigned further requests that if the foregoing Motion is granted, that he may be excused from attendance in court with respect to matters being handled on behalf of the plaintiffs by Mr. Laub.

RESPECTFULLY SUBMITTED,

HERMAN S. HOWARD THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC., AMERICAN FOUR INTERNATIONAMEDIA, INC. and DURALUBE CORPORATION

BY: _____
Alexander H. Schwartz, Esq. Ct 05773
3695 Post Road
P.O. Box 701
Southport, CT  06480-0701
203.255.9829
203.255.9839 (Fax)


Alfred C. Laub, Esq.
Law Offices of Brophy and Laub
3 Barker Avenue, 3rd floor
White Plains, NY  10601
914.683.1112
914.683.8903 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC. AMERICAN FOUR, INTERNATIONAL MEDIA, INC., DURA LUBE CORPORATION, INC., AND HERMAN S. HOWARD,<br><br>Plaintiffs,<br><br>-against-<br><br>ARENT, FOX, KITNER, PLOTKIN & KAHN, PLLC and HUNTER CARTER, ESQ.<br><br>Defendant(s). | Civil Action No.<br>303CV1017 (JCH)<br><br>November 12, 2003 |

## AFFIDAVIT OF ALFRED C. LAUB

Personally appeared, Alfred C. Laub, who, being duly sworn, deposes and says :

1. I am a partner in the firm of Brophy and Laub, 3 Barker Avenue, 3rd Floor, White Plains, NY 10601. I have a professional relationship with the plaintiffs in this matter and I have been consulted for the purpose of handling the claims set forth in the complaint.

2. Based upon discussions with plaintiffs and a review of documentation provided to me, I am familiar with the facts and circumstances giving rise to plaintiffs' claims.

3. I am admitted to practice law before the courts of the State of New York in good standing. I am also admitted to practice before the Supreme Court of the United States and the United States District Courts for the Northern, Southern and Eastern Districts of New York.

4. I have not been denied admission by this court nor disciplined by this nor any other court, although I am not admitted to practice in the State of Connecticut.

5. In accordance with the requests of plaintiffs that I represent them in this litigation, I request this Court grant me permission to do so, pro hoc vice. Assuming such permission is granted, I also request that the time for plaintiff to respond to defendants' motion to dismiss be extended until December 5, 2003 in accordance with the arrangement reached with defense counsel.

_____
Alfred C. Laub

Sworn and subscribed to before
me this 13 day of November, 2003

_____
Notary Public

NANCY NAUMAN
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 20/06

## CERTIFICATION

    I hereby certify that a true copy of the foregoing has been sent via first class mail this 14th day of November, 2003 to the following:

Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Alexander H. Schwartz