UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE MEDIA GROUP, INC., NATIONAL
COMMUNICATIONS CORPORATION,
HOWE LABORATORIES, INC.,
AMERICAN DIRECT MARKETING, INC.
AMERICAN FOUR, INTERNATIONAL
MEDIA, INC., DURA LUBE CORPORATION,
INC., AND HERMAN S. HOWARD,

    Plaintiffs,

-against-

ARENT, FOX, KITNER, PLOTKIN & KAHN,
PLLC and HUNTER CARTER, ESQ.

    Defendant(s).

Civil Action No.
303CV1017 (JCH)

November 12, 2003

## AFFIDAVIT OF ALFRED C. LAUB

Personally appeared, Alfred C. Laub, who, being duly sworn, deposes and says:

1. I am a partner in the firm of Brophy and Laub, 3 Barker Avenue, 3rd Floor, White Plains, NY 10601. I have a professional relationship with the plaintiffs in this matter and I have been consulted for the purpose of handling the claims set forth in the complaint.

2. Based upon discussions with plaintiffs and a review of documentation provided to me, I am familiar with the facts and circumstances giving rise to plaintiffs' claims.

3. I am admitted to practice law before the courts of the State of New York in good standing. I am also admitted to practice before the Supreme Court of the United States and the United States District Courts for the Northern, Southern and Eastern Districts of New York.

4. I have not been denied admission by this court nor disciplined by this nor any other court, although I am not admitted to practice in the State of Connecticut.

5. In accordance with the requests of plaintiffs that I represent them in this litigation, I request this Court grant me permission to do so, pro hoc vice. Assuming such permission is granted, I also request that the time for plaintiff to respond to defendants' motion to dismiss be extended until December 5, 2003 in accordance with the arrangement reached with defense counsel.

_____
Alfred C. Laub

Sworn and subscribed to before
me this 13 day of November, 2003

_____
Notary Public

NANCY NAUMAN
Notary Public, State of New York
No. 4930293
Qualified in Westchester County
Commission Expires May 9, 2006

## CERTIFICATION

    I hereby certify that a true copy of the foregoing has been sent via first class mail this 14th day of November, 2003 to the following:

Terrence Gallagher, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

_____
Alexander H. Schwartz