03cv1017 letm
03cv1017 eno

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

Terence J. Gallagher
Direct Dial: (203) 977-7594
E-mail: tjgallagher@dbh.com

RECEIVED
2003 DEC -4 A 11: 01
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

December 3, 2003

**VIA OVERNIGHT DELIVERY**

The Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Street
Bridgeport, CT 06604

Re: The Media Group, Inc. et al. v. Arent Fox Kintner
Plotkin & Kahn, PLLC et al. 3:03-CV-1017 (JCH)

Dear Judge Hall:

We represent defendant Arent Fox Kintner Plotkin & Kahn, PLLC in the above-captioned matter.

I write to Your Honor to inform the court that following defendant Arent Fox's motion to dismiss for lack of subject matter jurisdiction, plaintiffs have filed an action seeking almost identical relief in the New York State Supreme Court, Westchester County. Counsel for the parties have discussed the filing of the New York action, and it is contemplated that plaintiffs will voluntarily withdraw the above-captioned action. Counsel for plaintiffs has indicated a need for some time to consult with his clients. In the interim, the Rule 26(f) reporting deadline will expire. Therefore, the parties request that no order issue concerning the Rule 26(f) reporting deadline in the next ten days.

Respectfully submitted,

Terence J. Gallagher

cc: Alfred Laub, Esq. (pro hac vice motion pending
— counsel for plaintiffs)
Alexander H. Schwartz, Esq. (counsel for plaintiffs)

[Handwritten annotations in margin: "Treating this as a motion to extend time to file the 26(f) report. So Ordered. JH 12/4/03. It is granted to 12/16/03."]

One Canterbury Green | Stamford, CT 06901 | t 203 977 7300 f 203 977 7301
Boston   Greenwich   Hartford   New York   Stamford   www.dbh.com