03CV1017STIP

FILED
2003 NOV 21 P 12: 05
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action 3:03-CV-1017 (JCB)

THE MEDIA GROUP, INC., NATIONAL
COMMUNICATIONS CORPORATION, HOWE
LABORATORIES, INC., AMERICAN DIRECT
MARKETING, INC., AMERICAN FOUR, INTERNATIONAL
MEDIA, INC., DURALUBE CORPORATION, INC.
and HERMAN S. HOWARD,

STIPULATION

Plaintiffs,

-against-

ARENT FOX KINTNER PLOTKIN & KAHN, PLLC and
HUNTER CARTER, Esq.,

Defendants.

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that plaintiff's opposition to the motion of defendant Arent Fox Kintner Plotkin & Kahn, PLLC to dismiss the Amended Complaint is due on December 12, 2003.

Dated: White Plains, New York
November 20, 2003

ALEXANDER SCHWARTZ, ESQ. Federal Bar Number CT05773
3695 Post Road
P.O. Box 701
Southport, CT 06480

DAY, BERRY & HOWARD, LLP
By: Terrence Gallagher, Esq. Federal Bar Number CT 22425
Attorneys for Defendant Arent Fox Kintner Plotkin & Kahn, PLLC
One Canterbury Green
Stamford, CT 06901

So Ordered

** TOTAL PAGE.02 **