UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC., AMERICAN FOUR, INTERNATIONAL MEDIA, INC., DURALUBE CORPORATION, INC., and HERMAN S. HOWARD, | : : : : : : : : | Civil Action No. 3:03-CV-1017 (JCH) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARENT FOX KINTNER PLOTKIN & KAHN, PLLC and HUNTER CARTER, Esq., | : : : | DECEMBER 23, 2003 |
| Defendants. | : | |

## MOTION TO POSTPONE RULE 26(f) CONFERENCE AND REPORT

Defendant Arent Fox Kintner Plotkin & Kahn, PLLC ("Arent Fox"), hereby moves, through its undersigned counsel, for an order postponing the conference and report required by Fed. R. Civ. P. 26(f). Arent Fox has filed a motion to dismiss the Amended Complaint for lack of subject matter jurisdiction. The Rule 26(f) conference report was to have been submitted by December 16, 2003. The parties had been is discussions contemplating a withdrawal of this action. Those discussions have terminated.

-2-

Counsel for Arent Fox has inquired of counsel for plaintiffs and has been informed that plaintiffs consent to the relief requested herein.

This is defendant Arent Fox's second request for an extension of the Rule 26(f) process.

Therefore, Arent Fox respectfully requests that the Rule 26(f) conference be postponed, nunc pro tunc, until 30 days after the filing of Defendants' answer(s), should they be required, and that the parties jointly submit a form 26(f) report within 10 business days after the Rule 26(f) conference.

DEFENDANT ARENT FOX KINTNER
PLOTKIN & KAHN, PLLC

By _____
Michael G. Considine (ct 16023)
Terence J. Gallagher (ct 22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
tel. (203) 977-7300
fax. (203) 977-7301
E-mail: tjgallagher@dbh.com

Its Attorneys

-3-

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was sent via first-class mail, postage pre-paid, this 23rd day of December, 2003 to:

Alexander H. Schwartz, Esq.                              .
3695 Post Road, P.O. Box 701
Southport, Connecticut  06490

_____
Terence J. Gallagher