RECEIVED  UNITED STATES DISTRICT COURT 
DISTRICT OF CONNECTICUT

2003 DEC 31  P 12: 09

| | |
|---|---|
| THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC. AMERICAN FOUR, INTERNATIONAL MEDIA, INC., DURALUBE CORPORATION, INC., and HERMAN S. HOWARD,<br><br>Plaintiffs,<br><br>v.<br><br>ARENT FOX KINTNER PLOTKIN & KAHN, PPLC and HUNTER CARTER, Esq.<br><br>Defendants. | Civil Action No.<br>3:03-CV-1017 (JCH)<br><br><br><br><br><br><br><br><br><br>DECEMBER 11, 2003 |

### PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS THE AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiffs in the within legal malpractice action, and each of them, hereby oppose the motion of defendant Arent Fox Kintner Plotkin & Kahn (hereinafter, "defendant") to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) on the alleged ground that the parties hereto are not fully diverse and that the Court therefore lacks subject matter jurisdiction. The Court is respectfully referred to plaintiffs' Memorandum in

Opposition accompanying this response.

                                     Respectfully submitted,

                                     _____
                                     Alfred C. Laub (NY -Admitted Pro Hac Vice)
                                     Brophy and Laub, Esqs.
                                     3 Barker Avenue, 3rd Floor
                                     White Plains, NY 10601-1524
                                     Tel: (914) 863-1112
                                     Fax: (914) 683-8903

                                     Attorneys for Plaintiffs The Media Group, Inc., National Communications Corporation, Howe Laboratories, Inc., American Direct Marketing, Inc., American Four, International Media, Inc., Duralube Corporation, Inc., and Herman S. Howard.

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATE

This is to certify that a copy of the foregoing was sent via Facsimile and overnight mail, postage prepaid, this 11th day of December 2003, to:

Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

3