UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE MEDIA GROUP, INC., NATIONAL : Civil Action No.
COMMUNICATIONS CORPORATION, : 3:03-CV-1017 (JCH)
HOWE LABORATORIES, INC., :
AMERICAN DIRECT MARKETING, INC., :
AMERICAN FOUR, INTERNATIONAL :
MEDIA, INC., DURALUBE CORPORATION, :
INC., and HERMAN S. HOWARD, :
:
    Plaintiffs, :
:
    v. :
:
ARENT FOX KINTNER PLOTKIN & KAHN, : DECEMBER 23, 2003
PLLC and HUNTER CARTER, Esq., :
:
    Defendants. :

**MOTION TO POSTPONE RULE 26(f) CONFERENCE AND REPORT**

Defendant Arent Fox Kintner Plotkin & Kahn, PLLC ("Arent Fox"), hereby moves,

through its undersigned counsel, for an order postponing the conference and report required

by Fed. R. Civ. P. 26(f). Arent Fox has filed a motion to dismiss the Amended Complaint

for lack of subject matter jurisdiction. The Rule 26(f) conference report was to have been

submitted by December 16, 2003. The parties had been is discussions contemplating a

withdrawal of this action. Those discussions have terminated.