UNITED STATES DISTRICT COURT  FILED

DISTRICT OF CONNECTICUT  2004 FEB -5 P 6: 03

US DIST
BRIDG

THE MEDIA GROUP, INC., NATIONAL
COMMUNICATIONS CORPORATION,
HOWE LABORATORIES, INC., AMERICAN
DIRECT MARKETING, INC., AMERICAN
TOUR, INTERNATIONAL MEDIA, INC.,
DURA LUBE CORPORATION, INC.,
AND HERMAN S. HOWARD

3:03CV1017 JCH

ARENT, FOX, KITNER, PLOTKIN &
KAHN, PLLC and HUNTER CARTER, ESQ.

## JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendants' motions to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 26, 2004, entered a Ruling on Defendants' Motion to Dismiss, granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 4th day of February, 2004.

KEVIN F. ROWE, Clerk

By *Catherine Boroskey*
Catherine Boroskey
Deputy Clerk

Entered on Docket _____