UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE MEDIA GROUP, INC., NATIONAL COMMUNICATIONS CORPORATION, HOWE LABORATORIES, INC., AMERICAN DIRECT MARKETING, INC., AMERICAN FOUR, INTERNATIONAL MEDIA, INC., DURALUBE CORPORATION, INC., and HERMAN S. HOWARD, | : : : : : : : : | Civil Action No. 3:03-CV-1017 (JCH) |
| Plaintiffs, | : : | |
| v. | : : | |
| ARENT FOX KINTNER PLOTKIN & KAHN, PLLC and HUNTER CARTER, Esq., | : : : | FEBRUARY 10, 2004 |
| Defendants. | : | |

## NOTICE OF ENTRY OF JUDGMENT

PLEASE TAKE NOTICE THAT the attached Judgment against The Media Group, Inc., National Communications Corporation, Howe Laboratories, Inc., American Direct Marketing, Inc., American Four, International Media, Inc., Dura Lube Corporation, Inc., and Herman S. Howard dated February 4, 2004 was entered on February 9, 2004.

        Defendant Arent, Fox, Kintner, Plotkin & Kahn, PLLC

        By:_____
        Terence J. Gallagher (ct22415)
        Day, Berry & Howard LLP
        One Canterbury Green
        Stamford, CT 06901
        tel: (203) 977-7300
        fax: (203) 977-7301
        E-mail: tjgallagher@dbh.com

        Its Attorneys

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that a copy of the foregoing was served via first-class mail, postage pre-paid, this 10th day of February, 2004 to:

Alexander H. Schwartz, Esq.
3695 Post Road, P.O. Box 701
Southport, Connecticut  06490

Alfred C. Laub, Esq.
Brophy & Laub
3 Barker Avenue, 3rd Floor
White Plains, NY 10601

_____
Terence J. Gallagher