UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT 2004 FEB -5 P 6:03

US DIST...
BRIDGE...

THE MEDIA GROUP, INC., NATIONAL
COMMUNICATIONS CORPORATION,
ROWE LABORATORIES, INC., AMERICAN
DIRECT MARKETING, INC., AMERICAN
TOUR, INTERNATIONAL MEDIA, INC.,
DURA LUBE CORPORATION, INC.,
AND HERMAN S. HOWARD

3:03CV1017 JCH

BRENT, FOX, KITNER, PLOTKIN &
KAHN, PLLC and HUNTER CARTER, ESQ.

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendants' motions to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 26, 2004, entered a Ruling on Defendants' Motion to Dismiss, granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 4th day of February, 2004.

KEVIN F. ROWE, Clerk

By Catherine Boroskey

Catherine Boroskey
Deputy Clerk

Entered on Docket _____