12/30/03

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

 TELEPHONIC STATUS CONFERENCE (GH)

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

STATUS CONFERENCE HELD
Date: 1/5/04

 JANUARY 5, 2004

 3:00 p.m.

CASE NO. 3:03-cv-1017 (JCH) Media Group IV Argo Re, et al.

Terence J. Gallagher III.
Michael G. Considine
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

Alexander H. Schwartz
3695 Post Rd., PO Box 701
Southport, CT 06490

Alfred C. Laub
Law Offices of Brophy & Laub
3 Barker Avenue, 3rd Floor
White Plains, NY 10601

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.